# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Troy Alexander**
        Plaintiff(s)
  vs.                                 **CASE NUMBER: 5:17-cv-1195 (DNH/TWD)**

**County of Onondaga**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that 1. Summary judgment is GRANTED against plaintiff Troy Alexanders claims against defendant the County of Onondaga; and 2. Plaintiff Troy Alexanders complaint is dismissed in its entirety.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 6th day of January, 2022.

DATED: January 7, 2022

                                                        Clerk of Court

                                                        s/Kathy Rogers
                                                        Deputy Clerk